LF 245D   (11/2013) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## District of Connecticut

FILED
2014 APR 25 PM 3 54
U.S. DISTRICT COURT
NEW HAVEN, CT.

UNITED STATES OF AMERICA     **JUDGMENT IN A CRIMINAL CASE**
                              v.                           (For Revocation of Probation or Supervised Release)

Case Number:    0205 3:09CR00113-0021

Miguel Angel Correa

USM Number:    17299-014

Tracy Hayes
*Defendant's Attorney*

**THE DEFENDANT:**

☑ admitted guilty to violation of condition(s) __Mandatory cond. #2__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory #2 | The defendant shall not unlawfully possess a controlled substance. | 03/25/2014 |

Check this box if you require additional space for more violation(s). ☐

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: __8091__

Defendant's Date of Birth: __1971__

Defendant's Residence Address:
23 Harold St
Hartford, CT 06112

April 4, 2014
Date of Imposition of Judgment

/s/
Signature of Judge

Honorable Ellen Bree Burns, Senior U.S.D.J.
Name and Title of Judge

April 4, 2014
Date

AO 245D (Rev. 11/2013) Judgment in a Criminal Case for Revocations
Sheet 2 — Imprisonment

Judgment --Page 2 of 2

DEFENDANT: Miguel Angel Correa
CASE NUMBER: 0205 3:09CR00113-0021

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
12 Months and 1 day with no supervision to follow

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ on _____

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

_____
DEPUTY UNITED STATES MARSHAL